# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH / CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CARL LAVERN CRITES, RICHARD RAYMOND BOURRET, MARIE VIRGINIA CRITES and STEVEN L. SHRADER,<br><br>    Defendants. | **ORDER CONTINUING JURY TRIAL**<br><br>**Case No.  2:09-cr-00303-DB** |

BASED UPON the Motion of the Defendants, and good cause appearing, it is hereby

ORDERED that the jury trial in this matter currently set for June 28, 2010 be continued to a date to be determined by the Court.

DATED this _10_ day of June, 2010.

BY THE COURT:

MAGISTRATE JUDGE SAMUEL ALBA